(Reap. Dec. 9388)

PLYWOOD & DOOR NORTHERN CORPORATION *v.* UNITED STATES

Entry No. 762871, etc.

(Decided April 8, 1959)

*James Wilson Young* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement enumerated in schedule "A," hereto attached, relate to birch plywood and blockboard, exported from Finland in the year 1957, and were submitted for decision upon stipulation of counsel for the parties.

On the agreed facts, I find export value, as defined in section 402(d), Tariff Act of 1930, to be the proper basis for determination of the value of the merchandise involved, and that such value, in each instance, is the value set forth in column "5" of said schedule "A," packed, less ocean freight and insurance.

Judgment will issue accordingly.

SCHEDULE A

| 1. Reappraisement No. | 2. Collector's No. | 3. Entry No. | 4. Date of export | 5. Value or price |
|---|---|---|---|---|
| R58/22475 | 08742 | 762871 | 8/20/57 | |
| Birch plywood as follows: | | | | |
| BB/WG grade, ⅝″ thick, 37″ x 49″ | | | | Invoice unit value, net, less ocean freight and insurance. |
| R58/22476 | 08743 | 751924 | 8/22/57 | |
| Birch plywood as follows: | | | | |
| BB/WG, ⅝″ thick, 49″ x 37″ | | | | Invoice unit value, net, less ocean freight and insurance. |
| R58/22477 | 08744 | 742688 | 8/22/57 | |
| Birch plywood as follows: | | | | |
| BB/WG grade, ⅝″ thick 49″ x 37″ 37″ x 49″ | | | | Invoice unit value, net, less ocean freight and insurance. |
| R58/22478 | 08745 | 718186 | 7/10/57 | |
| Birch plywood as follows: | | | | |
| BJ/BB grade, ¾″ thick, 60″ x 48″ | | | | $300.25 per M sq. ft., net, less ocean freight and insurance. |
| BB/WG grade, ⅝″ thick, 49″ x 37″ 37″ x 49″ | | | | Invoice unit values, net, less ocean freight and insurance. |
| BB/WG grade, ⅝″ thick, 49″ x 37″ 37″ x 49″ | | | | |
| R58/22479 | 08746 | 708472 | 6/24/57 | |
| Birch plywood as follows: | | | | |
| BB/WG grade, ⅝″ thick 49″ x 37″ 37″ x 49″ | | | | Invoice unit value, net, less ocean freight and insurance. |
| R58/22480 | 08747 | 703133 | 6/14/57 | |
| Birch plywood as follows: | | | | |
| BJ grade, 3/16″ thick 62″ x 62″ 61″ x 61″ 60″ x 60″ 58″ x 58″ | | | | $95.75 per M sq. ft., net, less ocean freight and insurance. |

| 1. Reappraisement No. | 2. Collector's No. | 3. Entry No. | 4. Date of export | 5. Value or price |
|---|---|---|---|---|
| BB/WG grade, ⅝" thick, 37" x 49" 49" x 37" | | | | Invoice unit value, net, less ocean freight and insurance. |
| R58/22481 Birch plywood as follows: BJ/BB grade ¾" thick, 60" x 48" | 08749 | 970035 | 5/31/57 | $300.25 per M sq. ft., net, less ocean freight and insurance. |
| BB/WG grade, ⅝" thick, 49" x 37" | | | | Invoice unit value net, less ocean freight and insurance. |
| R58/22482 Birch plywood as follows: BB/WG grade, ⅝" thick, 60" x 36" 60" x 30" | 08750 | 928489 | 4/5/57 | $188.00 per M sq. ft., net, less ocean freight and insurance |
| "   "   "   "   "   48" x 30" | | | | $180.25 per M sq. ft., net, less ocean freight and insurance |
| BJ/BB grade, ¾" thick, 60" x 48" | | | | $300.25 per M sq. ft., net, less ocean freight and insurance |
| R58/22483 Birch plywood as follows: BJ/BB grade, ¾" thick, 60" x 48" | 08751 | 906337 | 3/15/57 | Invoice unit value, net, less ocean freight and insurance |
| R58/22484 Birch plywood as follows: BB/WG grade, ¾" thick, 37" x 37" 72" x 50" | 08752 | 906336 | 3/14/57 | Invoice unit values net, less ocean freight and insurance |
| R58/22485 Blockboard as follows: BJ/BB grade, ¾" thick, 122" x 61" 122" x 60" 120" x 60" 97" x 61" 96" x 60" 97" x 51" 96" x 50" 61" x 122" 60" x 122" 61" x 97" 60" x 96" 51" x 97" 50" x 96" | 08753 | 898095 | 3/5/57 | Invoice unit values, net less ocean freight and insurance. |

| 1. Reappraisement No. | 2. Collector's No. | 3. Entry No. | 4. Date of export | 5. Value or price |
|---|---|---|---|---|
| Birch plywood as follows: BJ/BB grade, ¾'' thick, 48'' x 48'' | | | | $287.50 per M sq. ft., net less ocean freight and insurance |
| Birch blockboard as follows: BJ/BB grade, ¾'' thick, 36'' x 96'' | | | | Invoice unit value net less ocean freight and insurance |
| Birch plywood as follows: BB/WG grade, ¾'' thick, 49'' x 25'' & 25'' x 72¾'' | | | | Invoice unit values, net less ocean freight and insurance |
| R58/22486 Birch plywood as follows: BB grade, ⅝'' thick, 48'' x 36'' BJ/BB grade, ¾'' thick, 60'' x 48'' BB/WG grade, ⅛'' thick, 72'' x 36'' | 08754 | 879506 | 2/11/57 | Invoice unit values, net, less ocean freight and insurance. |
| R58/22487 Birch plywood as follows: BB/WG grade, ⅝'' thick 37'' x 49'' 49'' x 37'' | 08755 | 953583 | 5/17/57 | Invoice unit value, net, less ocean freight and insurance. |
| R58/22488 Birch plywood as follows: BB/WG grade, ⅝'' thick 37'' x 49'' | 08756 | 766573 | 9/3/57 | Invoice unit value, net, less ocean freight and insurance. |